# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    v.                              Plaintiff,<br><br>**Earlvinia Walker**<br><br>                               Defendant. | Case No. **22-cr-0809-TWR**<br><br>**JUDGMENT OF DISMISSAL** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Superseding Information in the above-entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

Date: 10/12/23

                                                 Hon. William V. Gallo
                                                 U.S. Magistrate Judge